UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-21189-CIV-GOLD/WHITE

DAVID BROWN,

    Plaintiff,

v.

JULIO R. FERRER-ROO,

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATIONS, CLOSING CASE

THIS CAUSE is before the Court upon U.S. Magistrate Judge White's Report and Recommendations [DE 6], entered June 1, 2009. The Report recommends that the Plaintiff's civil rights action, pursuant to 42 U.S.C. § 1983, against his former attorney be dismissed, as a section 1983 claim is not cognizable against an individual not acting under the color of law. Plaintiff's Objections [DE 9] do not cure this fatal defect.[1] Having reviewed the record and applicable law, it is hereby

ORDERED and ADJUDGED that

1.    The Report and Recommendations [DE 6] is ADOPTED.

2.    All pending motions are DENIED as moot.

3.    This case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this _15_ day of September, 2009.

                                                  THE HONORABLE ALAN S. GOLD
                                                UNITED STATES DISTRICT JUDGE

cc:
All counsel and parties of record
U.S. Magistrate Judge Patrick A. White

---

[1] Plaintiff indicates in his Complaint that a state court action against Defendant for breach of contract and malpractice is pending.